Nov. Term, 1859.

Tracy
v.
Kaufman.

*Per Curiam.*—The judgment is affirmed with 5 per cent. damages and costs.

*R. Lake* and *W. R. Pierce*, for the appellant.

*J. Davis*, for the appellee.

---

## Tracy *v.* Kaufman and Others.

Wednesday,
December 7.

APPEAL from the *Grant* Circuit Court.

*Per Curiam.*—In this case, all the exceptions, upon which available errors might have been assigned, are contained in a bill of exceptions that appears by the record to have

been filed more than three months after the decision of the case. No time appears to have been given to file such bill. There is nothing before us in the case.

The judgment is affirmed with 5 per cent. damages and costs.

*A. Steel* and *H. D. Thompson*, for the appellant.

*J. Brownlee* and *H. S. Kelly*, for the appellees.